UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE TODD W. ROBINSON)

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>      v.<br><br>Temo Duble-Chaparro,<br><br>            Defendant. | Case No.:  3:23-cr-01522-TWR-1<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that Mr. Duble-Chaparro's motion hearing and trial setting hearing, currently scheduled for August 25, 2023 at 1:30 p.m., is continued to September 29, 2023 at 1:30 p.m.

It is further ordered that time between August 25, 2023 and September 29, 2023, shall be excluded under the Speedy Trial Act to avoid a miscarriage of justice, and for effective preparation, taking into account the parties' exercise of due diligence. For the reasons stated in the parties' joint motion, the ends of justice served by granting the continuance outweigh the best interest of the public and defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

DATED: 8/10/2023

Honorable Todd W. Robinson
United States District Court Judge